

THE WEST LAW FIRM

S. SCOTT WEST
BOARD CERTIFIED TRIAL LAWYER


ACCEPTED
14-15-00044-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 5:09:19 PM
CHRISTOPHER PRINE
CLERK

April 7, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/13/2015 5:09:19 PM

CHRISTOPHER A. PRINE
Clerk

Mr. Christopher A. Prine
Clerk of the Court
*Fourteenth Court of Appeals*
301 Fannin, Suite 245
Houston, Texas 77002
*Via TexFile*

> **Re:**  **Court of Appeals Number:**  **14-15-00044-CV**
> **Trial Court Case Number:**  **2012-49872**
>
> **Style:**  *Erin Lynn Stow and Katherine Bradley v. David Lee Ivicic, Individually and d/b/a Longhorn Bar and Grill, Mary H. Webb, Individually and d/b/a Longhorn Bar and Grill and Thomas Raymond Pennington, and Slammin 4, LLC.*

Dear Mr. Prine:

In response to the Court's letter of March 25, 2015, no reporter's record is requested. Appellant, Brandi Turner is only appealing the final judgment as it pertains to the Defendant, Slammin 4, LLC with respect to the summary judgment.

Thank you for your usual assistance in this matter. Please call with any questions.

Very truly yours,

*S. Scott West*

S. SCOTT WEST

SSW/er

